No. 91–6648. ENO v. UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 91–6649. GREENE v. TELEDYNE ELECTRONICS. C. A. 9th Cir. Certiorari denied.

No. 91–6650. NUNES v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 91–6651. BAILEY, AKA NICHOLSON v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 91–6652. ROEMMICH v. WASHINGTON; and CARTER v. WASHINGTON. Ct. App. Wash. Certiorari denied.

No. 91–6654. FREEMAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 91–6656. HOLLOWAY v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 91–6657. SCOTT v. NEW YORK. Sup. Ct. N. Y., Kings County. Certiorari denied.

No. 91–6660. GARCIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6664. NICHOLS v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6665. CALVO RODRIGUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 91–6667. RESTREPO ET UX. v. UNITED STATES SMALL BUSINESS ADMINISTRATION. C. A. 5th Cir. Certiorari denied.

No. 91–6670. ERNEST v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 91–6671. ELMENDORF v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 91–6675. TYLER v. SINGLETARY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.